# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

JOHN M. GREEN,

        Plaintiff,

v.                                        Case No. 08-CV-998

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

_____

## ORDER

On November 20, 2008, plaintiff John Green ("Green") filed for judicial review of the final decision of the Commissioner of Social Security denying his application for Social Security Disability and Supplemental Security Income benefits. On July 16, 2009, the parties filed a joint motion to remand the case to the agency pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The court entered an order remanding the case one week later. On October 16, 2009, Green filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The motion is now before the court.

Green's original motion seeks an award of fees in the amount of $4,191.74. However, the parties filed a stipulation for entry of an order awarding Green $3,900.00 in attorney's fees, payable to his attorney. The stipulation also states that the award will satisfy all of Green's claims for fees and expenses under the EAJA.

Based on the aforementioned stipulation, the court will grant Green's motion for fees in the specified amount.

Accordingly,

**IT IS ORDERED** that the plaintiff's motion for attorney's fees under the EAJA (Docket #22) be and the same is hereby **GRANTED**; the defendant shall pay the plaintiff's attorney's fees in the amount of $3,900.00, payable directly to the plaintiff's counsel, Lynn Zuehlsdorf-Mack.

Dated at Milwaukee, Wisconsin, this 3rd day of November, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge